TICKVAH, INCORPORATED, Respondent, v. RENA D. WALLACE, Appellant, by Original Summons and between the Said RENA D. WALLACE v. TICKVAH, INCOR-

porated, and Others by Counterclaim.— Judgment affirmed, with costs. All concur. (Action to compel specific performance of a land contract.)